# United States District Court

__Western__ DISTRICT OF __North Carolina__

UNITED STATES OF AMERICA

V.

**CAROLINA MORALES**

## WARRANT FOR ARREST

CASE NUMBER: **3:06CR154**

The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CAROLINA MORALES__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ X ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging her with: Credit Card Fraud

in violation of Title __18__ United States Code, Section __1029(a)(2)__

__FRANK JOHNS__
Name of Issuing Officer

_(signature)_
Signature of Issuing officer

Bail fixed at $ __no bond__

__Clerk of Court__
Title of Issuing Officer

__8/23/06 CHARLOTTE, NC__
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |